IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PUBLIC SERVICE COMPANY OF NEW MEXICO,**

    **PLAINTIFF,**

v.                                          CV 11-00487LH/WDS

**NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and RILEY INDUSTRIAL SERVICES, INC.**

    **DEFENDANTS.**

## ORDER

**THIS MATTER** having come before the Court on the Unopposed Motion To Extend Deadline under D.N.M.LR-CV 26.6 filed by Public Service Company of New Mexico ("PNM") and National Union Fire Insurance Company of Pittsburg, Pa. ("National Union") to allow the parties time to attempt to work out their discovery issues without the need for motion practice. The Court FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Unopposed Motion is granted and the following deadlines set:

    1.    National Union shall supplement and/or provide its final position on all outstanding discovery issues related to PNM's First Interrogatories and Requests for Production on or before October 27, 2011.

    2.    The deadline set forth in D.N.M. LR-CV 26.6 and this Court's Order of September 27, 2011 [Doc. 33], for PNM to file a motion under D.N.M. LR 37.1 is extended, such that if a motion is considered necessary after National Union's above submission, PNM will file same on or before November 15, 2011.

3. No other deadlines are affected by this Order.

                                                                                           _____
                                                                                           W. DANIEL SCHNEIDER
                                                                                           United States Magistrate Judge